1                                       The Honorable Ricardo S. Martinez

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
8                           **AT SEATTLE**

| | |
|---|---|
| 9 CANAL INDEMNITY COMPANY, a foreign insurer; ST. PAUL SURPLUS LINES | |
| 10 INSURANCE COMPANY, a foreign insurer, | Case No. 2:14-cv-00823-RSM |
| 11                    Plaintiffs, | JOINT MOTION AND ORDER FOR DISMISSAL OF CLAIMS BETWEEN |
| 12      v. | ARCH SPECIALTY INSURANCE COMPANY AND GLOBAL |
| 13 GLOBAL DEVELOPMENT, LLC, a/k/a G&M INVESTMENTS, INC.; MICHAEL K. | DEVELOPMENT, LLC GENERAL CONTRACTORS A/K/A G&M |
| 14 MASTRO and JANE DOE MASTRO, husband and wife; MICHAEL R. MASTRO and LINDA | INVESTMENTS, INC., MICHAEL K. MASTRO AND JANE DOE MASTRO, |
| 15 MASTRO, husband and wife; PAUL STEPHANUS and BARBARA STEPHANUS, | MICHAEL R. MASTRO AND LINDA MASTRO, PAUL STEPHANUS AND |
| 16 husband and wife; JOHN STEPHANUS, an individual; PARK EDMONDS | BARBARA STEPHANUS, JOHN STEPHANUS, PARK EDMONDS |
| 17 APARTMENTS, LLC; WEST MALL PLACE APARTMENTS, LLC; PARK 212 | APARTMENTS, LLC, WEST MALL PLACE APARTMENTS, LLC, PARK |
| 18 APARTMENTS, LLC; and PARK 210 APARTMENTS LLC, | 212 APARTMENTS, LLC, AND PARK 210 APARTMENTS, LLC |
| 19 | |
| 20             Defendants/Third Party Plaintiffs. | |
| 21      v. | |
| 22 GENERAL STAR MANAGEMENT COMPANY,  a foreign insurer, GENERAL | |
| 23 STAR NATIONAL INSURANCE COMPANY, a foreign insurer; GENERAL STAR | |
| 24 INDEMNITY COMPANY, a foreign insurer; UNITED NATIONAL INSURANCE | |

JOINT MOTION AND ORDER FOR DISMISSAL OF CLAIMS
(2:14-CV-00823-RSM)  - 1

Betts
Patterson
Mines
111 SW 5th Avenue
Suite 3650
Portland, OR 97204
(503) 961-6338

canal 14-823 dsm/032816 1534

1   COMPANY, a foreign insurer; CHUBB
    CUSTOM INSURANCE COMPANY, a foreign
2   insurer; FIREMAN'S FUND, a foreign insurer;
    NATIONAL SURETY CORPORATION, a
3   foreign insurer; and INTERSTATE FIRE &
    CASUALTY COMPANY, a foreign insurer,

4
                    Third Party Defendants
5
    and
6                                                    Case No. 2:14-cv-01181-RSM
    ARCH SPECIALTY INSURANCE
7   COMPANY,                                         CONSOLIDATED UNDER
                                                     Case No.: 14-cv-00823-RSM
8                       Plaintiff,

9           v.

10  GLOBAL DEVELOPMENT, LLC GENERAL
    CONTRACTORS a/k/a G&M
11  INVESTMENTS, INC.; MICHAEL K.
    MASTRO and JANE DOE MASTRO, husband
12  and wife; MICHAEL R. MASTRO and LINDA
    MASTRO, husband and wife; PAUL
13  STEPHANUS and BARBARA STEPHANUS,
    husband and wife; JOHN STEPHANUS, an
14  individual, PARK EDMONDS
    APARTMENTS, LLC; WEST MALL PLACE
15  APARTMENTS, LLC; PARK 212
    APARTMENTS, LLC; and PARK 210
16  APARTMENTS, LLC,

17                      Defendants.

18

19                     **I. JOINT MOTION**

20          Pursuant to Fed. R. Civ. P. 41(a)(1)(B), and the Court's Order of January 5, 2016, all of

21  the remaining parties to the above consolidated actions jointly request an order that all claims be

22  dismissed between Arch Specialty Insurance Company ("Arch Specialty") and Global

23  Development, LLC General Contractors a/k/a G&M Investments, Inc., Michael K. Mastro and

24

JOINT MOTION AND ORDER FOR DISMISSAL OF CLAIMS            Betts
(2:14-CV-00823-RSM)  - 2                                  Patterson
                                                          Mines
                                                          111 SW 5th Avenue
                                                          Suite 3650
                                                          Portland, OR 97204
                                                          (503) 961-6338

canal 14-823 dsm/032816 1534

1  Jane Doe Mastro, Michael R. Mastro and Linda Mastro, Paul Stephanus and Barbara Stephanus,

2  John Stephanus, Park Edmonds Apartments, LLC, West Mall Place Apartments, LLC, Park 212

3  Apartments, LLC, and Park 210 Apartments, LLC ("the Stephanuses"), and that the case be

4  dismissed with prejudice and without fees or costs to any party.

5      There is good cause to dismiss all claims in this lawsuit between Arch Specialty

6  Insurance Company and the Stephanuses because Arch Specialty and the Stephanuses have

7  settled all claims and potential claims between them related to this lawsuit.

8      Dated this 24th day of March, 2016.

| CASEY & SKOGLUND, PLLC | BETTS, PATTERSON & MINES, P.S. |
|---|---|
| /s/ Todd K. Skoglund | /s/ David P. Rossmiller |
| **TODD K. SKOGLUND, WSBA # 30403**<br>TODD@CASEY-SKOGLUND.COM<br>**ADIL A. SIDDIKI, WSBA # 37492**<br>ADIL@CASEY-SKOGLUND.COM<br>1319 DEXTER AVE N, SUITE 370<br>SEATTLE, WA 98109<br>TELEPHONE: 206-284-8165 | **DAVID P. ROSSMILLER, WSBA # 36491**<br>DROSSMILLER@BPMLAW.COM<br>111 SW 5TH AVENUE, SUITE 3150<br>TELEPHONE: 206-292-9988 |
| | FOLEY LARDNER LLP<br>**EILEEN R. RIDLEY, PRO HAC VICE**<br>ERIDLEY@FOLEY.COM<br>555 CALIFORNIA STREET, 17TH FLOOR<br>SAN FRANCISCO, CA 94104<br>TELEPHONE: 415-438-6469 |
| *Attorneys For the Stephanuses* | MILLER NASH GRAHAM & DUNN LLP<br>**K. MICHAEL FANDEL, WSBA # 16281**<br>MICHAEL.FANDEL@MILLERNASH.COM<br>**JACQUALYNE J. WALKER, WSBA # 45355**<br>JACKEE.WALKER@MILLERNASH.COM<br>PIER 70 – SUITE 300<br>2801 ALASKAN WAY<br>SEATTLE, WASHINGTON 98121-1128<br>TELEPHONE: 206-624-8300 |
| | *Attorneys For Arch Specialty Insurance Company* |

JOINT MOTION AND ORDER FOR DISMISSAL OF CLAIMS
(2:14-CV-00823-RSM)  - 3

Betts
Patterson
Mines
111 SW 5th Avenue
Suite 3650
Portland, OR 97204
(503) 961-6338

canal 14-823 dsm/032816 1534

**II. ORDER**

Based on the foregoing, it is hereby ORDERED that:

1.  The claims between Arch Specialty Insurance Company and Global Development, LLC General Contractors a/k/a G&M Investments, Inc., Michael K. Mastro and Jane Doe Mastro, Michael R. Mastro and Linda Mastro, Paul Stephanus and Barbara Stephanus, John Stephanus, Park Edmonds Apartments, LLC, West Mall Place Apartments, LLC, Park 212 Apartments, LLC, and Park 210 Apartments, LLC are dismissed from this action with prejudice and without fees or costs to any party.

2.  This action is dismissed with prejudice and without fees or costs to any party.

DATED this 28 day of March, 2016.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
BETTS PATTERSON & MINES, P.S.
By: /s/ David Rossmiller
David P. Rossmiller, WSBA # 36491
drossmiller@bpmlaw.com
111 SW 5th Avenue, Suite 3650
Portland, OR 97204
Telephone: (503) 961-6338

*Of Attorneys for Arch Specialty Insurance Company*

JOINT MOTION AND ORDER FOR DISMISSAL OF CLAIMS
(2:14-CV-00823-RSM)  - 1

Betts
Patterson
Mines
111 SW 5th Avenue
Suite 3650
Portland, OR 97204
(503) 961-6338

canal 14-823 dsm/032816 1534